UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OAKS AT WHISKEY CREEK II CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.      Case No: 2:23-cv-1042-JES-NPM

VANTAGE RISK SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER

On September 5, 2024, the Court entered an Order (Doc. #41) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __9th__ day of October 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record